UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN J. DUPONT, RANDY MOSELEY and UTILICRAFT AEROSPACE INDUSTRIES, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FREIGHT FEEDER AIRCRAFT CORPORATION, INC., L. DAVID BRIDGES, R. DARBY BOLAND, KEVIN WILLIAMS, STEPHEN CARMICHAEL, H. CLIFF SAYLOR, EDWARD F. EATON, WILL WEEKS, KIM LITTLEFIELD, and THE FIRST NATIONAL BANK OF ST. LOUIS,<br><br>    Defendants. | Case No. 13-cv-256-JPG-DGW |

## MEMORANDUM AND ORDER

This matter comes before the Court on the August 20, 2013, order for the plaintiffs to show cause why their claims against defendants R. Darby Boland, Edward F. Eaton, Will Weeks and Kim Littlefield should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely effect service (Doc. 42). In its order to show cause, the Court warned the plaintiffs that their failure to respond in a timely manner to the order would result in dismissal of those claims. The plaintiffs have not responded to the order to show cause. Therefore, as it warned it would do, the Court **DISMISSES** all claims in this case against defendants R. Darby Boland, Edward F. Eaton, Will Weeks and Kim Littlefield **without prejudice** for failure to timely effect service. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case. Defendants R. Darby Boland, Edward F. Eaton, Will Weeks and Kim Littlefield are terminated as parties to this case.

**IT IS SO ORDERED.**
**DATED: September 13, 2013**

                                        s/J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**