IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN J. DUPONT et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No.   13-cv-256 JPG/DGW |
| FREIGHT FEEDER AIRCRAFT CORPORATION, INC. et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Notice of Voluntary Dismissal of defendants R. Darby Boland, Stephen Carmichael, H. Cliff Saylor, Edward F. Eaton and Will Weeks (Doc. 75) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by plaintiffs.  Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment.  The defendants sought to be dismissed have not served an answer or motion for summary judgment in this case.  Because the plaintiffs have an absolute right to dismiss this case against these defendants at the present time, the Court finds that this action against R. Darby Boland, Stephen Carmichael, H. Cliff Saylor, Edward F. Eaton and Will Weeks are **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close this case.

DATED: April 28, 2014

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE