UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN J. DUPONT and RANDY MOSELEY,<br><br>        Plaintiffs,<br><br>        v.<br><br>FREIGHT FEEDER AIRCRAFT CORPORATION, INC., L. DAVID BRIDGES, R. DARBY BOLAND, STEPHEN CARMICHAEL, H. CLIFF SAYLOR, EDWARD F. EATON, WILL WEEKS and KIM LITTLEFIELD,<br><br>        Defendants. | Case No. 13-cv-256-JPG-DGW |

## MEMORANDUM AND ORDER

This matter comes before the Court on the suggestion of bankruptcy filed by defendant Freight Feeder Aircraft Corporation (Doc. 89). It has informed the Court that it has filed a petition for Chapter 7 bankruptcy in case number 14-44202-DML7 (petition filed October 17, 2014). Accordingly, pursuant to 11 U.S.C. § 362(a), this action is **STAYED** pending disposition of the bankruptcy proceeding.

The Court **ORDERS** the plaintiffs to file a status report with the Court in March 2015, and each March and September thereafter, addressing the status of the aforementioned bankruptcy proceeding and to file a final report within 30 days of the termination of that proceeding.

**IT IS SO ORDERED.**
**DATED:   October 29, 2014**

                                        s/J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**