UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN J. DUPONT and RANDY MOSELEY,<br><br>   Plaintiffs,<br><br>   v.<br><br>FREIGHT FEEDER AIRCRAFT CORPORATION, INC., L. DAVID BRIDGES, R. DARBY BOLAND, STEPHEN CARMICHAEL, H. CLIFF SAYLOR, EDWARD F. EATON, WILL WEEKS and KIM LITTLEFIELD,<br><br>   Defendants. | Case No. 13-cv-256-JPG-DGW |

## ORDER

This matter comes before the Court on the motion filed by plaintiffs John J. Dupont and Randy Mosely to supplement their motion for summary judgment (Doc. 111), which the Court construes as a supplement to the motion.   On April 27, 2016, the Court granted the plaintiffs' summary judgment motion and ordered the parties to submit further proof of their damages.   The supplement contains such proof, and the Court finds it is sufficient to establish by a preponderance of the evidence that the plaintiffs' entitled to relief in the amounts requested.   Accordingly, the Court **DIRECTS** the Clerk of Court to enter judgment on Count 1 in favor of plaintiff Dupont and against defendant Freight Feeder Aircraft Corporation in the amount of $805,000.00 and to enter judgment on Count 1 in favor of plaintiff Mosely and against defendant Freight Feeder Aircraft Corporation in the amount of $65,000.00.

**IT IS SO ORDERED.**
**DATED: May 20, 2016**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
